# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:19-CR-142 |
| v. | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| ALOYSIUS ROBINSON | : | |
| | : | **MOTION AND ORDER** |
| Defendant | : | **TO UNSEAL ARREST WARRANT** |

-----------------------------------------

The United States respectfully requests that the Court unseal the Arrest Warrant in the above-numbered case.

Respectfully submitted,

DAVID M. DEVILLERS
Acting United States Attorney

s/*John Zachary Kessler*
JOHN ZACHARY KESSLER
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Arrest Warrant in the above-numbered case shall now be unsealed.

12/31/19
DATE

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge